**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Guy R. Humphrey
United States Bankruptcy Judge

**Dated: June 08, 2011**

_____

BK1101075
JJR

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
AT DAYTON

| | |
|---|---|
| IN RE: | Case No. 10-37529 |
| Philip E. Garrison | Chapter 13<br>Judge Humphrey |
| Debtor | |
| | **ORDER FOR RELIEF FROM STAY AND CO-DEBTOR STAY OF U.S. BANK, N.A. BY AND THROUGH U.S. BANK HOME MORTGAGE ITS SERVICER FILED HEREIN ON MAY 9, 2011 (DOCKET #31) (PROPERTY ADDRESS: 2002 WARD HILL AVENUE, DAYTON, OH 45420)** |

This matter came to be considered on the Motion for Relief From Stay and Co-Debtor Stay of Danielle A. Garrison (name of co-debtor) (the "Motion") filed by U.S. Bank, N.A. by and through U.S. Bank Home Mortgage its servicer ("Movant") on May 9, 2011 as Pacer Document #31 for the property located at 2002 Ward Hill Avenue Dayton, OH 45420.

Movant has alleged that good cause exists for granting the Motion and that Debtor, counsel for Debtor, the Chapter 13 Trustee, and all necessary parties were served with the Motion as indicated on the Certificate of Service attached to said Motion, and were served with a notice of hearing by the Clerk on May 9, 2011. No party filed a response or otherwise appeared in opposition to the Motion.

Based on this, it appears appropriate to grant the relief requested.

**IT IS THEREFORE ORDERED:**

1. The Motion is granted and the automatic stay imposed by Section 362 of the Bankruptcy Code and the co-debtor stay imposed by Section 1301 of the Bankruptcy Code, are terminated with respect to Movant, its successors and/or assigns.

2. The Chapter 13 Trustee shall discontinue payments to Movant on its claim under the Chapter 13 Plan filed by the Debtor.

**SO ORDERED**

/s/ Steven H Patterson
Steven H Patterson, Case Attorney
Bar Registration No.0073452
LERNER, SAMPSON & ROTHFUSS
Attorneys for Movant
PO Box 5480
Cincinnati, OH 45201-5480
(513) 241-3100 ext. 3373
(513) 354-6464 fax
Email: sohbk@lsrlaw.com

COPIES TO:

DEFAULT LIST

Danielle A. Garrison, Co-Debtor
2002 Ward Hill Avenue
Dayton, OH 45420
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

US Bank Hogan Loc - Creditor
PO Box 5227
Cincinnati, OH 45201
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

###